PAMELA L. SCHULTZ (SBN 269032)
pamela.schultz@kennedyslaw.com
CAMILLE ZUBER (SBN 349650)
camille.zuber@kennedyslaw.com
KENNEDYS CMK LLP
455 Market Street, Suite 1900
San Francisco, CA 94105
Telephone:   415-323-4463
Facsimile:   415-323-4445

Attorneys for Third-Party Defendant
HARRINGTON INDUSTRIAL PLASTICS, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAMS INTERNATIONAL CO., LLC, | Case No. 2:23-cv-09403-MRA-AJR |
| Plaintiff, | **NOTICE OF INTENT TO RAISE ISSUES OF FOREIGN LAW BY THIRD-PARTY DEFENDANT HARRINGTON INDUSTRIAL PLASTICS, LLC, PURSUANT TO RULE 44.1** |
| v. | |
| DUCOMMUN INCORPORATED; DUCOMMUN AEROSTRUCTURES, INC.; and DUCOMMUN AEROSTRUCTURES MEXICO, LLC, | |
| Defendants. | Complaint Filed:   November 7, 2023 |
| DUCOMMUN INC., DUCOMMUN AEROSTRUCTURES, INC., and DUCOMMUN AEROSTRUCTURES MEXICO, LLC, | First Amended Third-Party Complaint Filed:   May 6, 2024 |
| | Trial Date:   TBD |
| Third-party Plaintiffs, | |
| v. | |
| TOM RICHARDS, INC. dba PROCESS TECHNOLOGY, a Florida Limited Liability Company, HARRINGTON INDUSTRIAL PLASTICS, LLC, a Delaware Limited Liability Company, and INDEPENDENT THERMAL SOLUTIONS, INC., a California Corporation, | |
| Third-party Defendants. | |

1

NOTICE OF INTENT TO RAISE ISSUES OF FOREIGN LAW PURSUANT TO RULE 44.1
Case No. 2:23-cv-09403-MRA-AJR

COMES NOW Third-Party Defendant HARRINGTON INDUSTRIAL PLASTICS, LLC ("Harrington"), and gives notice that it intends to raise issues of foreign law in this matter. Specifically, and pursuant to Rule 44.1 of the Federal Rules of Civil Procedure, Harrington hereby advises that it intends to raise issues of foreign law, including but not limited to the law of the United Mexican States ("Mexico"), as applicable to issues raised by the claims, pleadings and defenses in this case.

DATED: November 26, 2024                 KENNEDYS CMK LLP


By: /s/ *Pamela L. Schultz*
PAMELA L. SCHULTZ
CAMILLE ZUBER
Attorneys for Third-party Defendant
HARRINGTON INDUSTRIAL
PLASTICS, LLC

2
NOTICE OF INTENT TO RAISE ISSUES OF FOREIGN LAW PURSUANT TO RULE 44.1
Case No. 2:23-cv-09403-MRA-AJR