# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAMS INTERNATIONAL CO., LLC, | Case No. 2:23-cv-9403-MRA-AJR |
| Plaintiff, | **ORDER GRANTING STIPULATION AND DISMISSING THIRD PARTY DEFENDANT HARRINGTON INDUSTRIAL PLASTICS LLC WITH PREJUDICE (FED. R. CIV. PROC. 41(a)(1)(A)(ii))** |
| v. | |
| DUCOMMUN INCORPORATED; DUCOMMUN AEROSTRUCTURES, INC.; and DUCOMMUN AEROSTRUCTURES MEXICO, LLC, | |
| Defendants. | |
| DUCOMMUN INC., DUCOMMUN AEROSTRUCTURES, INC., and DUCOMMUN AEROSTRUCTURES MEXICO, LLC, | |
| Third-party Plaintiffs, | |
| v. | |
| TOM RICHARDS, INC. dba PROCESS TECHNOLOGY. a Florida Limited Liability Company, HARRINGTON INDUSTRIAL PLASTICS LLC, a Delaware Limited Liability Company, and INDEPENDENT THERMAL SOLUTIONS INC., a California Corporation, | |
| Third-party Defendants. | |

ORDER GRANTING STIPULATION AND DISMISSING THIRD PARTY DEFENDANT HARRINGTON INDUSTRIAL PLASTICS LLC WITH PREJUDICE

On June 4, 2025, Third-party Plaintiffs DUCOMMUN INCORPORATED; DUCOMMUN AEROSTRUCTURES, INC.; and DUCOMMUN AEROSTRUCTURES MEXICO, LLC ("Ducommun"), on the one hand, and Third-party Defendant HARRINGTON INDUSTRIAL PLASTICS LLC, a Delaware Limited Liability Company ("Harrington"), on the other hand, by and through their attorneys of record, filed a Joint Stipulation of Dismissal (the "Stipulation").

The Court, having considered the Stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS that, pursuant to Federal Rules of Civil Procedure, rule 41(a)(1)(A)(ii), Harrington is hereby dismissed from the First Amended Third-party Complaint with prejudice, with each party to bear its own attorney's fees and costs.

DATED:  June 9, 2025

MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE

2
ORDER GRANTING STIPULATION AND DISMISSING THIRD PARTY DEFENDANT HARRINGTON INDUSTRIAL PLASTICS LLC WITH PREJUDICE