# JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAMS INTERNATIONAL CO., LLC,<br><br>                 Plaintiff,<br><br>        v.<br><br>DUCOMMUN INCORPORATED; DUCOMMUN AEROSTRUCTURES, INC.; and DUCOMMUN AEROSTRUCTURES MEXICO, LLC,<br><br>                 Defendants. | Case No. 2:23-cv-09403-MRA-AJR<br><br>**ORDER STAYING ALL DEADLINES [257]**<br><br>Courtroom:  9B<br>Hon. Mónica Ramírez Almadani |

Before the Court is the Parties' Joint Motion to Stay All Deadlines filed on October 5, 2025. The Court, having considered this Motion, finds there is good cause to grant the motion.

**IT IS THEREFORE HEREBY ORDERED** that the motion is **GRANTED** and all deadlines in this case will be **STAYED FOR NINETY (90) DAYS**.

**The hearing associated with this motion set for December 1, 2025, is hereby VACATED.**

**The Clerk is directed to administratively close this case.**

**IT IS SO ORDERED.**

Dated:  October 6, 2025

_____
HON. MÓNICA RAMÍREZ ALMADANI
UNITED STATES DISTRICT JUDGE

-1-

ORDER STAYING ALL DEADLINES