Natalie Keusseyan
CA Bar No. 307844
Cozen O'Connor
601 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017
Telephone: 213.892.7900
Facsimile: 213.892.7999
Email: nkeusseyan@cozen.com
*Attorney for Plaintiff in Intervention, Zurich American Insurance Company*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUCOMMUN INCORPORATED; DUCOMMUN AEROSTRUCTURES, INC.; and DUCOMMUN AEROSTRUCTURES MEXICO, LLC,<br><br>Defendants.<br><br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>Plaintiff In Intervention,<br><br>v.<br><br>DUCOMMUN INCORPORATED; DUCOMMUN AEROSTRUCTURES, INC.; and DUCOMMUN AEROSTRUCTURES MEXICO, LLC,<br><br>Defendants. | Case No. 2:23-cv-9403-MRA-AJR<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF PLAINTIFF ZURICH AMERICAN INSURANCE COMPANY'S CLAIMS PURSUANT TO FED. R. CIV. PROC. 41(a)(1)(A)(ii)** |

IT IS HEREBY STIPULATED AND AGREED, by Plaintiff Zurich American Insurance Company ("Zurich") and Defendants Ducommun Incorporated,

1

Ducommun Aerostructures, Inc., and Ducommun Aerostructures Mexico, LLC (collectively, "Ducommun"), through their respective undersigned counsel of record, that Plaintiff Zurich's claims in the above-captioned action against the Ducommun Defendants are dismissed with prejudice and without costs or attorneys' fees to any of the parties as against the other. A Proposed Order dismissing Zurich's claims against the Ducommun Defendants is attached hereto.

STIPULATION OF DISMISSAL WITH PREJUDICE
OF PLAINTIFF ZURICH'S CLAIMS

DATED: November 13, 2025

**COZEN O'CONNOR**

By: _/s/_ _____
Natalie Keusseyan

*Attorney for Plaintiff in Intervention, Zurich American Insurance Company*

**BARTLIT BECK LLP**

By: _/s/ Andrew C. Baak_ _____
Andrew C. Baak
John M. Hughes
Nosson D. Knobloch
Kat Hacker
Giovanni J. Sanchez
Elsa Dodds

KLINEDINST PC
Carey L. Cooper, Bar No. 195090
Neeru Jindal, Bar No. 235082

*Counsel for Defendants,*
*Ducommun Incorporated, Ducommun Aerostructures, Inc., and Ducommun Aerostructures Mexico, LLC*

3
STIPULATION OF DISMISSAL WITH PREJUDICE
OF PLAINTIFF ZURICH'S CLAIMS