# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

DUCOMMUN INCORPORATED; DUCOMMUN AEROSTRUCTURES, INC.; and DUCOMMUN AEROSTRUCTURES MEXICO, LLC,

Defendants.

ZURICH AMERICAN INSURANCE COMPANY,

Plaintiff In Intervention,

v.

DUCOMMUN INCORPORATED; DUCOMMUN AEROSTRUCTURES, INC.; and DUCOMMUN AEROSTRUCTURES MEXICO, LLC,

Defendants.

Case No. 2:23-cv-9403-MRA-AJR

**ORDER DISMISSING PLAINTIFF ZURICH'S CLAIMS WITH PREJUDICE [261]**

On November 13, 2025, Plaintiff Zurich American Insurance Company ("Zurich"), on the one hand, and Defendants Ducommun Incorporated, Ducommun Aerostructures, Inc., and Ducommun Aerostructures Mexico, LLC ("Ducommun"), on the other hand, by and through their attorneys of record, filed a Joint Stipulation of Dismissal regarding Zurich's claims against the Ducommun Defendants (the "Stipulation").

LEGAL\81480542\1

The Court, having considered the Stipulation, hereby GRANTS the Stipulation and ORDERS that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Zurich's claims against the Ducommun Defendants are hereby dismissed with prejudice and without costs or attorneys' fees to any of the parties as against the other.

Dated: November 14, 2025

HON. MÓNICA RAMÍREZ ALMADANI
UNITED STATES DISTRICT JUDGE