David E. Weiss (SBN 148147)
dweiss@reedsmith.com
Cristina M. Shea (SBN 179895)
cshea@reedsmith.com
Elizabeth S. Bowman (SBN 340894)
ebowman@reedsmith.com
REED SMITH LLP
101 2nd Street, Suite 1800
San Francisco, CA 94105
T: 415 543 8700 | F: 415 391 8269

E. Powell Miller (*pro hac vice*)
epm@millerlawpc.com
Marc L. Newman (*pro hac vice*)
mln@millerlawpc.com
Eric J. Minch (*pro hac vice*)
ejm@millerlawpc.com
Daniel L. Ravitz (*pro hac vice*)
dlr@millerlawpc.com
Seth D. Gould (*pro hac vice*)
sdg@millerlawpc.com
THE MILLER LAW FIRM, P.C.
950 W. University Dr., Suite 300
Rochester, Michigan 48307
T: 248 841-2200 | F: 248 652-2852
*Attorneys for Plaintiff Williams International Co., LLC*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAMS INTERNATIONAL CO., LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>DUCOMMUN INCORPORATED; DUCOMMUN AEROSTRUCTURES, INC.; and DUCOMMUN AEROSTRUCTURES MEXICO, LLC,<br><br>      Defendants. | Case No. 2:23-cv-9403-MRA-AJR<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF PLAINTIFF WILLIAMS' CLAIMS PURSUANT TO FED. R. CIV. PROC. 41(a)(1)(A)(ii)** |

1

STIPULATION OF DISMISSAL WITH PREJUDICE
OF PLAINTIFF WILLIAMS' CLAIMS

Document ID: 1384b6b8385227fefc3d8cc99806660dc366b5ebbebcfb1d8105a36e575fd472

And


ZURICH AMERICAN INSURANCE COMPANY,

     Plaintiff In Intervention,

     v.

DUCOMMUN INCORPORATED; DUCOMMUN AEROSTRUCTURES, INC.; and DUCOMMUN AEROSTRUCTURES MEXICO, LLC,

     Defendants.

IT IS HEREBY STIPULATED AND AGREED, by Plaintiff Williams International Co, LLC and Defendants Ducommun Incorporated, Ducommun Aerostructures, Inc., and Ducommun Aerostructures Mexico, LLC (collectively, "Ducommun"), through their respective undersigned counsel of record, that Plaintiff Williams International Co, LLC's claims in the above-captioned action against the Ducommun Defendants are dismissed with prejudice and without costs or attorneys' fees to any of the parties as against the other. A Proposed Order dismissing Plaintiff's claims against the Ducommun Defendants is attached hereto.

STIPULATION OF DISMISSAL WITH PREJUDICE
OF PLAINTIFF WILLIAMS' CLAIMS

Document ID: 1384b6b8385227fefc3d8cc99806660dc366b5ebbebcfb1d8105a36e575fd472

DATED: November 25, 2025                    **THE MILLER LAW FIRM, P.C.**

By:  /s/ *Eric J. Minch*

E. Powell Miller (*pro hac vice*)
Marc L. Newman (*pro hac vice*)
Eric J. Minch (*pro hac vice*)
Daniel L. Ravitz (pro *hac vice*)
Seth D. Gould (*pro hac vice*)

REED SMITH LLP
David E. Weiss
Cristina M. Shea
Elizabeth S. Bowman

*Attorneys for Plaintiff*
*Williams International Co., LLC*


**BARTLIT BECK LLP**

By:  /s/ *Andrew C. Baak*

Andrew C. Baak
John M. Hughes
Nosson D. Knobloch
Kat Hacker
Giovanni J. Sanchez
Elsa Dodds

KLINEDINST PC
Carey L. Cooper, Bar No. 195090
Neeru Jindal, Bar No. 235082

*Counsel for Defendants,*
*Ducommun Incorporated, Ducommun*
*Aerostructures, Inc., and Ducommun*
*Aerostructures Mexico, LLC*

3
STIPULATION OF DISMISSAL WITH PREJUDICE
OF PLAINTIFF WILLIAMS' CLAIMS

Document ID: 1384b6b8385227fefc3d8cc99806660dc366b5ebbebcfb1d8105a36e575fd472