# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAMS INTERNATIONAL CO., LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>DUCOMMUN INCORPORATED; DUCOMMUN AEROSTRUCTURES, INC.; and DUCOMMUN AEROSTRUCTURES MEXICO, LLC,<br><br>    Defendants.<br><br>And<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>   Plaintiff In Intervention,<br><br>  v.<br><br>DUCOMMUN INCORPORATED; DUCOMMUN AEROSTRUCTURES, INC.; and DUCOMMUN AEROSTRUCTURES MEXICO, LLC,<br><br>    Defendants. | Case No. 2:23-cv-09403-MRA-AJR<br><br>**ORDER DISMISSING PLAINTIFF WILLIAM'S CLAIMS WITH PREJUDICE [266]** |

1

ORDER DISMISSING PLAINTIFF
WILLIAM'S CLAIMS WITH PREJUDICE

On November 25, 2025, Plaintiff Williams International Co., LLC, on the one hand, and Defendants Ducommun Incorporated, Ducommun Aerostructures, Inc., and Ducommun Aerostructures Mexico, LLC ("Ducommun"), on the other hand, by and through their attorneys of record, filed a Joint Stipulation of Dismissal regarding Plaintiff Williams' claims against the Ducommun Defendants (the "Stipulation").

The Court, having considered the Stipulation, hereby GRANTS the Stipulation and ORDERS that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Williams International Co, LLC's claims against the Ducommun Defendants are hereby dismissed with prejudice and without costs or attorneys' fees to any of the parties as against the other.

Dated:  December 2, 2025

HON. MÓNICA RAMÍREZ ALMADANI
UNITED STATES DISTRICT JUDGE